# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0798

VERSUS

ASHLEY SMITH                                          **OCTOBER 12, 2021**

---

In Re:    Ashley Smith, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 383,138.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict.  See La. Code Crim. P. art. 930.2.

**JMG**
**GH**

**Chutz, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT